UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ZACHARY CHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:20-cv-25-PPS-JPK |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE UNIVERSITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 29, 2020, the Plaintiff filed a Notice of Voluntary Dismissal without prejudice. [DE 15.]

ACCORDINGLY: This case is DISMISSED, without prejudice. The Clerk is directed to CLOSE this case.

SO ORDERED on June 2, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT